# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No.:  2:12-cr-40-FtM-99DNF

MICHAEL LENTZ

_____

## ORDER

    This matter comes before the Court on *sua sponte*.  On March 8, 2012, the Court granted a $100,000 signature bond with terms and conditions for release. <u>See</u> Order Doc. #13.  The Defendant was placed on home incarceration where he is restricted to his residence at all times except for medical needs or treatment, religious services or court appearances pre-approved by Pre-trial Services.  Therefore, the standard requirement to seek and/or maintain employment is not necessary and should be removed as a condition of release.

    Accordingly, it is now **ORDERED:**

The employment requirement is hereby removed as a condition of release.

    **DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record